Opinion approved by the court.

DAVIDSON, Commissioner.

This is a companion case to and grows out of the same transaction as that of Phillips v. State, Tex.Cr.App., 263 S.W.2d 159.

The facts, which we held to be sufficient to support the conviction, are stated in that opinion.

The contention that the search of the automobile was illegal was there overruled.

For the reasons stated, the judgment is affirmed.

Opinion approved by the court.

## HEINRICHS v. STATE.

### No. 26592.

Court of Criminal Appeals of Texas.

Nov. 11, 1953.

No attorney for appellant.

Wesley Dice, State's Atty., Austin, for the State.

## Marvin E. HEINRICHS v. STATE.

### No. 26593.

Court of Criminal Appeals of Texas.

Nov. 11, 1953.

No attorney for appellant.

Wesley Dice, State's Atty., Austin, for the State.

DAVIDSON, Commissioner.

·· The opinion in the case of Heinrichs v. State; Tex.Cr.App., 263 S.W.2d 777, this day decided, and also that of Phillips v. State, Tex.Cr.App., 263 S.W.2d 159, ·are in all things here applicable and controlling, and adopted as the opinion in this case.

For the reasons there stated, the judgment is affirmed.

Opinion approved by the court.